SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ., Of Counsel (SBN:135931)
VALORIE R. COGSWELL, ESQ. (SBN: 267424)
LAW OFFICES OF SPENCER F. SMITH
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 520-6950
Facsimile (415) 520-0104

Attorney for Plaintiff
LOUIS D. TINSLEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS D. TINSLEY, an individual, | Case No.: 4:10-cv-5036 PJH |
| Plaintiff, | JOINT STIPULATION FOR EXTENSION OF TIME TO COMPLETE MEDIATION AND ORDER THEREON |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC CORPORATION, and DOES 1-10, | |
| Defendants. | |

The parties jointly, through their attorneys of record herein, jointly stipulate as follows:

1. The Parties initial scheduled a mediation in this matter prior to the Court's deadline, but due to Plaintiff's work schedule, the mediation session did not go forward.

2. The Parties have agreed and the panel mediator assigned have agreed upon the date of June 3, 2011 ~~2010~~ for the mediation.

1

3. The Parties jointly request that the Court allow the parties through and including June 3, ~~2010~~ 2011 to mediate this matter.

SO STIPULATED, that the deadline to complete mediation is extended to June 3, 2011.

DATED: May 19, 2011

          LAW OFFICES OF SPENCER SMITH

          _/s/ Dow W. Patten_
          DOW W. PATTEN, Of Counsel
          Attorneys for Louis Tinsley

DATED: May 19, 2011

          ORRICK, HERRINGTON & SUTCLIFFE, LLP

          _/s/ Erin Connell_
          ERIN M. CONNELL
          Attorneys for Defendant
          Pacific Gas and Electric Company

**ORDER**

Good cause appearing, IT IS SO ORDERED

DATED: May 26, 2011

          _/s/ Phyllis J. Hamilton_
          PHYLLIS J. HAMILTON
          United States District Judge