**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| LOUIS D. TINSLEY, an individual, | No. 4:10-cv-5036 PJH (NJV) |
| Plaintiff, | ORDER TAKING MOTION FOR PROTECTIVE ORDER UNDER SUBMISSION ON THE PAPERS |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC CORPORATION, and DOES 1-10, | |
| Defendants. / | |

Pending before the Court is Plaintiff's motion for protective order. (Docket No. 26.) Pursuant to Local Rule 7-1(b), the Court finds that this matter is appropriate for decision without oral argument. The Court therefore takes the matter under submission on the papers.

Dated: October 17, 2011

NANDOR J. VADAS
United States Magistrate Judge