SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ., Of Counsel (SBN:135931)
LAW OFFICES OF SPENCER F. SMITH
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 520-6950
Facsimile (415) 520-0104

Attorneys for Plaintiff
Louis Tinsely

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS D. TINSLEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, PACIFIC GAS & ELECTRIC CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No.: 4:10-cv-5036 PJH<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, LOUIS TINSLEY, through his attorneys of record herein hereby requests that the Court DISMISS this matter with prejudice based upon the parties' negotiated settlement, with parties to bear their own costs.

Dated this 6th day of October, 2011

THE LAW OFFICE OF SPENCER F. SMITH

_____
DOW W. PATTEN, Of Counsel
Attorneys for Plaintiff Louis Tinsley

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

10/25/11

1